UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

**United States of America,**  Criminal No. 06-154(03) (DSD-JJG)

    Plaintiff,

v.  **ORDER**

**Michael Torres Hernandez,**

    Defendant.

---

This matter is before the undersigned upon the Report and Recommendation of the United States Magistrate Judge. No objections have been filed to that Report and Recommendation in the time period permitted. Based on the Report and Recommendation of the Magistrate Judge, and being duly advised of all the files, records, and proceedings herein, **IT IS HEREBY ORDERED THAT** Hernandez' motion to dismiss the indictment, or in the alternative, for a bill of particulars (Doc. No. 61) is **DENIED.**

Dated this 9th day of August, 2006.

                                                       s/David S. Doty
                                                       David S. Doty, Judge
                                                       United States District Court